1  Danny J. Horen, Esq.
   NV Bar No. 13153
2  Kazerouni Law Group, APC
3  7854 W. Sahara Avenue
   Las Vegas, NV 89117
4  Telephone: (800) 400-6808 x 7
   Facsimile: (800) 520-5523
5  danny@kazlg.com
6
   Attorneys for Plaintiff,
7  RAYNALDO J. SALVADOR

8

9              UNITED STATES DISTRICT COURT
10                  DISTRICT OF NEVADA
11

12 JOVITA C. SALVADOR,                    Case No. 2:15-cv-01200-APG-NJK

13        Plaintiff,
                                          STIPULATION OF DISMISSAL
   v.                                     OF CAPITAL ONE AUTO
14                                        FINANCE, INC., WITH
15 CAPITAL ONE AUTO FINANCE, INC.,        PREJUDICE
   NORDSTRON, INC., WELLS FARGO
   HOME MORTGAGE, and EQUIFAX
16 INFORMATION SERVICES, LLC.,

17        Defendants.

18
19
20
21
22
23
24
25
26
27
28

## STIPULATION

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that Defendant Capital One Auto Finance, a Division of Capital One, N.A., erroneously named in this action as Capital One Auto Finance, Inc. ("Capital One"), be dismissed from this action with prejudice, with Plaintiff Jovita C. Salvador and Capital One to bear their own fees and costs.

DATED: September 21, 2015          FERNALD LAW GROUP LLP

By: /s/ BRANDON C. FERNALD
    BRANDON C. FERNALD
Attorneys for Defendant,
CAPITAL ONE AUTO FINANCE,
A DIVISION OF CAPITAL ONE,
N.A., Erroneously Named As
"Capital One Auto Finance, Inc."

DATED: September 21, 2015          KAZEROUNI LAW GROUP, APC

By: /s/ Danny J. Horen
    DANNY J. HOREN
Attorneys for Plaintiff,
JOVITA C. SALVADOR

## ORDER

**IT IS SO ORDERED.**

Dated: September 21, 2015.

_____
UNITED STATES DISTRICT JUDGE