Jeffrey L. Willis, Esq. (Nevada Bar No. 4797)
Karl O. Riley, Esq. (Nevada Bar No. 12077)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone:  (702) 784-5200
Facsimile:   (702) 784-5252
jwillis@swlaw.com
kriley@swlaw.com

*Attorneys for Defendant Wells Fargo Home Mortgage, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOVITA SALVADOR,<br><br>  Plaintiff,<br><br>vs.<br><br>CAPITAL ONE, INC., CAPITAL ONE AUTO FINANCE., NORDSTROM, INC., WELLS FARGO HOME MORTGAGE, INC., and EQUIFAX INFORMATION SERVICES, LLC,<br><br>  Defendants. | CASE NO. 2:15-cv-01200-APG-NJK<br><br>**NOTICE OF CHANGE OF ATTORNEY** |

NOTICE IS HEREBY GIVEN that Jeffrey Willis of the law firm of Snell & Wilmer L.L.P. will appear as counsel for Defendant Wells Fargo Home Mortgage, Inc. in the above-entitled action.  Amy Sorenson, Esq. will no longer appear on behalf of Wells Fargo and should no longer receive electronic notifications.

Dated:  September 22, 2015.   SNELL & WILMER L.L.P.

IT IS SO ORDERED.
Dated: September 23, 2015

By:   /s/ *Jeffrey L. Willis*
 Jeffrey L. Willis, Esq.
 Karl O. Riley, Esq.
 3883 Howard Hughes Parkway, Suite 1100
 Las Vegas, NV 89169
 *Attorneys for Defendant Wells Fargo Home Mortgage, Inc.*

_____
United States Magistrate Judge