Lynn V. Rivera, Esq., Nevada Bar No. 6797
BURNHAM BROWN
A Professional Law Corporation
200 S. Virginia Street, 8th Floor
Reno, NV  89501
Telephone: 775-398-3065
Fascimile:    877-648-5288
Email: lrivera@burnhambrown.com

Attorneys for Defendant
NORDSTROM fsb (erroneously sued as NORDSTROM, INC.)

Danny Horen, Esq., Nevada Bar No. 13153
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Group
Las Vegas, NV  89117
Facsimile: (800) 520-5523
Telephone:  (800) 400-6808 x7
danny@kazlg.com

David H. Krieger, Esq., Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Phone: (702) 880-554
Fascimile:  (702) 385-5518
 dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
JOVITA C. SALVADOR

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOVITA C. SALVADOR,<br><br>            Plaintiff,<br><br>v.<br><br>CAPITAL ONE, INC., CAPITAL ONE FINANCE, INC. NORDSTROM, INC., WELLS FARGO HOME MORTGAGE, and EQUIFAX CREDIT INFORMATION SERVICES,<br><br>            Defendants. | No. 2:15-CV-01200-APG-NJK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT NORDSTROM fsb TO RESPOND TO PLAINTIFF'S COMPLAINT**<br>**(First Request)**<br><br>Complaint Filed:         June 24, 2015<br>Trial Date:                   None<br>Initial Response Date:  November 13, 2015<br>New Response Date:    December 13, 2015 |

///

Plaintiff JOVITA C. SALVADOR ("Plaintiff") and Defendant NORDSTROM fsb (erroneously sued as NORDSTROM, INC.) ("Defendant"), by and through their respective counsel of record, submit this Stipulation pursuant to U.S. District Court, Nevada Civil Local Rule 6-1(a) to extend Defendant's time to file a responsive pleading to Plaintiff's Complaint as follows:

1. Plaintiff's Complaint was filed on June 24, 2015.

2. Defendant was served on October 23, 2015 with Defendant's responsive pleading now due on November 13, 2015.

3. Plaintiff and Defendant met and conferred, and have agreed to extend Defendant's time to file a responsive pleading to Plaintiff's Complaint to December 13, 2015.

4. This Stipulation is based on the parties' hope that the extended period of time to respond will allow the parties to continue to meet and confer, and potentially reach a resolution to this matter within that time frame.

5. The new deadline to respond does not alter the date of any hearing.

IT IS SO STIPULATED AND AGREED:

DATED: November 13, 2015          BURNHAM BROWN
                                   /s/ Lynn Rivera
                                  LYNN RIVERA
                                  Attorneys for Defendant
                                  NORDSTROM fsb

DATED: November 13, 2015          KAZEROUNI LAW GROUP, APC
                                   /s/ Danny Horen
                                  DANNY HOREN
                                  Attorneys for Plaintiff
                                  JOVITA C. SALVADOR

**No further extensions will be granted.** IT IS SO ORDERED:

DATED: November 16, 2015          _____
                                  United States Magistrate Judge

4818-8141-8026, v. 1