Jeffrey Willis
Nevada Bar No. 4797
Karl O. Riley, Esq.
Nevada Bar No. 12077
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
Email: jwillis@swlaw.com
kriley@swlaw.com

*Attorneys for Defendant Wells Fargo Home Mortgage, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOVITA SALVADOR,<br><br>            Plaintiff,<br><br>vs.<br><br>CAPITAL ONE, INC., CAPITAL ONE AUTO FINANCE., NORDSTROM, INC., WELLS FARGO HOME MORTGAGE, INC., and EQUIFAX INFORMATION SERVICES, LLC,<br><br>            Defendants. | CASE NO. 2:15-cv-01200-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>**(FOURTH REQUEST)** |

Plaintiff Jovita Salvador ("Plaintiff") and Defendant Wells Fargo Home Mortgage, Inc. ("Wells Fargo," together with Plaintiff, the "Parties"), by and through their respective attorneys, hereby stipulates to extend the time for Wells Fargo to respond to Plaintiff's Complaint.

WHEREAS, on June 24, 2015, Plaintiff filed her Complaint;

WHEREAS, Wells Fargo filed a Waiver of Service of Summons on July 17, 2015, making the time to respond on August 28, 2015;

WHEREAS, the Parties agreed to extend Wells Fargo's time to respond to Plaintiff's Complaint to November 20, 2015;

WHEREAS, the Parties agree to extend Wells Fargo's time to respond to Plaintiff's Complaint to consider potential resolution of this matter;

WHEREAS this request is not made for purposes of delay and is supported by good cause;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

1. Wells Fargo will respond to Plaintiff's Complaint on or before December 18, 2015.

**IT IS SO STIPULATED.**

DATED this 20th day of November, 2015.   DATED this 20th day of November 2015.

                                                          SNELL & WILMER L.L.P.

By: /s/ Danny J. Horen   By: /s/ Karl O. Riley
    Danny J. Horen, Esq.       Jeffrey Willis, Esq.
    Nevada Bar No. 13153       Nevada Bar No. 4797
    KAZEROUNI LAW GROUP, APC       Karl O. Riley, Esq.
    7854 W. Sahara Avenue       Nevada Bar No. 12077
    Las Vegas, Nevada 89117       3883 Howard Hughes Parkway, Suite 1100
    Tel: (702) 485-3300       Las Vegas, Nevada 89169
        Tel: (702) 784-5200
    David H. Krieger       *Attorneys for Defendant Wells Fargo*
    Nevada Bar No. 9086       *Home Mortgage, Inc.*
    HAINES & KRIEGER, LLC
    8985 S. Eastern Avenue
    Henderson, NV 89123
    Tel: (702) 880-5554

*Attorneys for Plaintiff*

### ORDER

**IT IS ORDERED THAT** Wells Fargo shall respond to Plaintiff's Complaint on or before December 18, 2015.

**IT IS SO ORDERED.**

DATED: November 20, 2015.

_____
UNITED STATES DISTRICT JUDGE

22930517.1