Lynn V. Rivera, Esq., Nevada Bar No. 6797
BURNHAM BROWN
A Professional Law Corporation
200 S. Virginia Street, 8th Floor
Reno, NV 89501
Telephone: 775-398-3065
Fascimile:   877-648-5288
Email: lrivera@burnhambrown.com

Attorneys for Defendant
NORDSTROM fsb (erroneously sued as NORDSTROM, INC.)

Michael Kind, Esq., Nevada Bar No. 13903
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Group
Las Vegas, NV 89117
Facsimile: (800) 520-5523
Telephone:  (800) 400-6808 x7
mkind@kazlg.com

David H. Krieger, Esq., Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
Fascimile:  (702) 385-5518
 dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
JOVITA C. SALVADOR

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOVITA C. SALVADOR,<br><br>  Plaintiff,<br><br>v.<br><br>CAPITAL ONE, INC., CAPITAL ONE FINANCE, INC. NORDSTROM, INC., WELLS FARGO HOME MORTGAGE, and EQUIFAX CREDIT INFORMATION SERVICES,<br><br>  Defendants. | No. 2:15-CV-01200-APG-NJK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT NORDSTROM fsb TO RESPOND TO PLAINTIFF'S COMPLAINT**<br>**(SECOND REQUEST)**<br><br>Complaint Filed:      June 24, 2015<br>Trial Date:             None<br>Initial Response Date: November 13, 2015<br>First Request Response Date:          December 13, 2015<br>New Response Date:   January 12, 2016 |

Plaintiff JOVITA C. SALVADOR ("Plaintiff") and Defendant NORDSTROM fsb

1

(erroneously sued as NORDSTROM, INC.) ("Defendant"), by and through their respective counsel of record, submit this Stipulation, Second Request, pursuant to U.S. District Court, Nevada Civil Local Rule 6-1(a) to extend Defendant's time to file a responsive pleading to Plaintiff's Complaint as follows:

1. Plaintiff's Complaint was filed on June 24, 2015.

2. Defendant was served on October 23, 2015 with Defendant's responsive pleading due on November 13, 2015.

3. Plaintiff and Defendant met, conferred and agreed to extend Defendant's time to file a responsive pleading to Plaintiff's Complaint to December 13, 2015 (First Request).

4. Plaintiff and Defendant met and conferred, and have now agreed to extend Defendant's time to file a responsive pleading to Plaintiff's Complaint to January 12, 2016.

5. This Stipulation is made in good faith and based on the parties' hope that the additional extension of time will allow the parties to continue to negotiate, and potentially reach an early resolution of this matter.

6. The new deadline does not alter the date of any hearing.

IT IS SO STIPULATED AND AGREED:

DATED: December 13, 2015

BURNHAM BROWN
*/s/ Lynn Rivera*
LYNN RIVERA
Attorneys for Defendant
NORDSTROM fsb

DATED: December 13, 2015

KAZEROUNI LAW GROUP, APC
*/s/ Michael Kind*
DANNY HOREN
Attorneys for Plaintiff
JOVITA C. SALVADOR

IT IS SO ORDERED:

DATED: December 14, 2015

UNITED STATES DISTRICT JUDGE

4824-2341-6108, v. 1