Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff, Jovita C. Salvador*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOVITA C. SALVADOR,<br><br>             Plaintiff,<br><br>v.<br><br>CAPITAL ONE, INC., CAPITAL ONE AUTO FINANCE, INC., NORDSTROM, INC., WELLS FARGO HOME MORTGAGE, and EQUIFAX INFORMATION SERVICES, LLC,<br><br>             Defendants. | Case No: 2:15-cv-01200-APG-NJK<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br>**[First Request]** |

KAZEROUNI LAW GROUP, APC
NEVADA, CALIFORNIA

**STIPULATION AND ORDER**

Plaintiff Jovita C. Salvador ("Plaintiff") and Defendant Wells Fargo Bank, N.A., erroneously named as Wells Fargo Home Mortgage ("Wells Fargo") (jointly as the "Parties"), by and through their respective counsel, hereby submit this stipulation for an extension of time for Plaintiff to respond to Wells Fargo's motion to dismiss [ECF No. 32].

WHEREAS, on June 24, 2015, Plaintiff her Complaint;

WHEREAS, Wells Fargo filed a Waiver of Service of Summons on July 17, 2015;

WHEREAS, Wells Fargo filed a Motion to Dismiss on December 18, 2015;

WHEREAS, Plaintiff's Response to Wells Fargo's Motion to Dismiss is due on January 4, 2016;

WHEREAS, the Parties agree to extend Plaintiff's time to respond to Wells Fargo's Motion to Dismiss to discuss potential resolution of this matter;

WHEREAS, this is the first request for an extension of this deadline by the Parties.

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

(1) Plaintiff shall have until January 25, 2016 to respond to Wells Fargo's Motion to Dismiss [ECF No. 32].

**IT IS SO STIPULATED.**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: January 5, 2016.

DATED this 4th day of January 2016.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
800-400-6808 x7
Fax: 800-520-5523
Email: mkind@kazlg.com
*Attorney for Plaintiff*

**SNELL & WILMER L.L.P.**

By: /S/   Karl O Riley
Karl O Riley, Esq.
3883 Howard Hughes Parkway
Las Vegas, NV 89169
702-784-5200
Fax: 702-784-5252
Email: kriley@swlaw.com
*Attorneys for Defendant Wells Fargo Bank, N.A.,
erroneously named as Wells Fargo Home Mortgage*