Lynn V. Rivera, Esq., Nevada Bar No. 6797
BURNHAM BROWN
A Professional Law Corporation
200 S. Virginia Street, 8th Floor
Reno, NV 89501
Telephone: 775-398-3065
Fascimile: 877-648-5288
Email: lrivera@burnhambrown.com

Attorneys for Defendant
NORDSTROM fsb (erroneously sued as NORDSTROM, INC.)

Michael Kind, Esq., Nevada Bar No. 13903
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Group
Las Vegas, NV 89117
Telephone: (800) 400-6808 x7
Facsimile: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq., Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
Fascimile: (702) 385-5518
 dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
JOVITA C. SALVADOR

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOVITA C. SALVADOR,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE, INC., CAPITAL ONE FINANCE, INC. NORDSTROM, INC., WELLS FARGO HOME MORTGAGE, and EQUIFAX CREDIT INFORMATION SERVICES,<br><br>Defendants. | No. 2:15-CV-01200-APG-NJK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT NORDSTROM fsb TO RESPOND TO PLAINTIFF'S COMPLAINT**<br>**(THIRD REQUEST)**<br><br>Complaint Filed:     June 24, 2015<br>Trial Date:             None<br>Initial Response Date: November 13, 2015<br>Third Request<br>Response Date:     February 12, 2016 |

      Plaintiff JOVITA C. SALVADOR ("Plaintiff") and Defendant NORDSTROM fsb (erroneously sued as NORDSTROM, INC.) ("Defendant"), by and through their respective counsel of record, submit this Stipulation, Third Request, pursuant to U.S. District Court, Nevada Civil Local Rule 6-1(a) to extend Defendant's time to file a responsive pleading to Plaintiff's Complaint as follows:

1. Plaintiff's Complaint was filed on June 24, 2015.

2. Defendant was served on October 23, 2015, with Defendant's responsive pleading due on November 13, 2015.

3. Plaintiff and Defendant met and conferred on November 13, 2015, and agreed to extend Defendant's time to file a responsive pleading to Plaintiff's Complaint to December 13, 2015 (First Request) so that they could research their file and records and engage in settlement negotiations.

4. Plaintiff and Defendant met and conferred on December 12, 2015. Counsel for the Parties engaged in extensive settlement negotiations regarding this matter and agreed to extend Defendant's time to file a responsive pleading to Plaintiff's Complaint to January 12, 2016 (Second Request) so that further research could be conducted.

5. Plaintiff and Defendant subsequently met and conferred on January 11, 2016, and engaged in additional settlement negotiations and both agree that further research of their files and records is necessary in order to obtain an early resolution of this file. Plaintiff has agreed to extend Defendant's time to file a responsive pleading to Plaintiff's Complaint to February 12, 2016.

6. This Stipulation is made in good faith and based on the parties' hope that the additional extension of time will allow the parties to continue to negotiate, and potentially reach an early resolution of this matter.

///
///
///
///

7. The new deadline does not alter the date of any hearing.

IT IS SO STIPULATED AND AGREED:

DATED: January 12, 2015              BURNHAM BROWN

                                                 */s/ Lynn Rivera*
                                                 LYNN RIVERA
                                                 200 S. Virginia Street, 8th Floor
                                                 Reno, NV 89501
                                                 Telephone: 775-398-3065

                                                 Attorneys for Defendant
                                                 NORDSTROM fsb (erroneously sued as
                                                 NORDSTROM, INC.)

DATED: January 12, 2015              KAZEROUNI LAW GROUP, APC

                                                 */s/ Michael Kind*
                                                 MICHAEL KIND
                                                 7854 W. Sahara Group
                                                 Las Vegas, NV 89117
                                                 Telephone: (800) 400-6808

                                                 Attorneys for Plaintiff
                                                 JOVITA C. SALVADOR

                                                 IT IS SO ORDERED:

DATED: January 12, 2016

                                                 UNITED STATES DISTRICT JUDGE

4828-9832-2220, v. 1

STIPULATION TO EXTEND TIME FOR DEFENDANT           No. 2:15-CV-01200-APG-NJK
NORDSTROM fsb TO RESPOND TO PLAINTIFF'S COMPLAINT (THIRD REQUEST)