Jeffrey Willis
Nevada Bar No. 4797
Karl O. Riley, Esq.
Nevada Bar No. 12077
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
Email: jwillis@swlaw.com
       kriley@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A. erroneously named as Wells Fargo Home Mortgage*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOVITA SALVADOR,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CAPITAL ONE, INC., CAPITAL ONE AUTO FINANCE., NORDSTROM, INC., WELLS FARGO HOME MORTGAGE, INC., and EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　　Defendants. | CASE NO. 2:15-cv-01200-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO AMEND**<br><br>**(SECOND REQUEST)** |

　　　　Plaintiff Jovita Salvador ("Plaintiff") and Defendant Wells Fargo Bank, N.A., erroneously named as Wells Fargo Home Mortgage ("Wells Fargo," together with Plaintiff, the "Parties"), by and through their respective attorneys, hereby stipulate to extend the time for Wells Fargo to respond to Plaintiff's Motion to Amend her Complaint ("Motion") filed on January 25, 2016.

　　　　WHEREAS, on June 24, 2015, Plaintiff filed her Complaint;

　　　　WHEREAS, Wells Fargo filed its Motion to Dismiss Plaintiff's Complaint on December 18, 2015;

　　　　WHEREAS, on January 25, 2016, Plaintiff filed the Motion;

　　　　WHEREAS, Wells Fargo's response to the Motion is due on February 25, 2016;

　　　　WHEREAS, the Parties agree to extend Wells Fargo's time to respond to Plaintiff's

Motion to consider potential resolution of this matter;

WHEREAS this request is not made for purposes of delay and is supported by good cause;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

1. Wells Fargo will respond to Plaintiff's Motion on or before March 10, 2016.

**IT IS SO STIPULATED.**

DATED February 22, 2016.                                   DATED February 22, 2016.

                                                                         SNELL & WILMER L.L.P.

By: /s/ Michael Kind                                            By: /s/ Karl O. Riley
    Michael Kind, Esq.                                              Jeffrey Willis, Esq.
    Nevada Bar No. 13903                                       Nevada Bar No. 4797
    KAZEROUNI LAW GROUP, APC                      Karl O. Riley, Esq.
    7854 W. Sahara Avenue                                        Nevada Bar No. 12077
    Las Vegas, Nevada 89117                                    3883 Howard Hughes Parkway, Suite 1100
    Tel: (702) 485-3300                                                Las Vegas, Nevada 89169
                                                                                        Tel: (702) 784-5200
    David H. Krieger
    Nevada Bar No. 9086                                         *Attorneys for Defendant Wells Fargo*
    HAINES & KRIEGER, LLC                                *Bank, N.A. erroneously named as Wells*
    8985 S. Eastern Avenue                                       *Fargo Home Mortgage*
    Henderson, NV 89123
    Tel: (702) 880-5554

*Attorneys for Plaintiff*

### ORDER

**IT IS ORDERED THAT** Wells Fargo shall respond to Plaintiff's Motion on or before March 10, 2016.

**IT IS SO ORDERED.**

DATED: __February 23__, 2016.

                                                   UNITED STATES DISTRICT JUDGE

23563808.1