Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff, Jovita C. Salvador*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOVITA SALVADOR, | CASE NO. 2:15-cv-01200-APG-NJK |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO FILE AMENDED COMPLAINT** |
| vs. | |
| CAPITAL ONE, INC., CAPITAL ONE AUTO FINANCE., NORDSTROM, INC., WELLS FARGO HOME MORTGAGE, INC., and EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

Plaintiff Jovita Salvador ("Plaintiff") and Defendant Wells Fargo Bank, N.A., erroneously named as Wells Fargo Home Mortgage ("Wells Fargo," together with Plaintiff, the "Parties"), by and through their respective attorneys, hereby stipulate to allow Plaintiff to file First Amended Complaint ("FAC") as follows:

WHEREAS, on June 24, 2015, Plaintiff filed her Complaint;

1      WHEREAS, on January 25, 2016, Plaintiff filed her Motion to Amend/Correct Complaint, ECF No. 40 ("Motion");

2      WHEREAS, the Parties agree to allow Plaintiff to file the amended complaint, attached hereto as Exhibit A, rendering the Motion moot;

3      WHEREAS, Wells Fargo is the only remaining defendant in this case as Plaintiff has substantively settled with Nordstrom;

4      WHEREAS, the deadline to dismiss Nordstrom as a defendant is March 30, 2016;

5      WHEREAS, this request is not made for purposes of delay and is supported by good cause;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

1. The Motion is withdrawn;

2. Plaintiff shall file the Amended Complaint, attached hereto as Exhibit A, within five days of this Court's Order;

3. Wells Fargo shall file a response to the Amended Complaint within thirty (30) days thereafter.

**IT IS SO STIPULATED.**

DATED March 9, 2016.

| KAZEROUNI LAW GROUP, APC | SNELL & WILMER L.L.P. |
|---|---|
| By: /s/ Michael Kind<br>Michael Kind, Esq.<br>Nevada Bar No. 13903<br>7854 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>*Attorneys for Plaintiff* | By: /s/ Karl O. Riley<br>Karl O. Riley, Esq.<br>Nevada Bar No. 12077<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendant Wells Fargo Bank, N.A. erroneously named as Wells Fargo Home Mortgage* |

1
2                                           **ORDER**

3       **IT IS ORDERED THAT** the Motion to Amend/Correct Complaint, ECF No. 40, is

4   hereby withdrawn;

5       **IT IS FURTHER ORDERED THAT** Plaintiff shall file the Amended Complaint,

6   attached hereto, within ~~five days~~ *one day* of this Order.

7       **IT IS FURTHER ORDERED THAT** Wells Fargo shall file a response to the Amended

8   Complaint within ~~thirty (30) days~~ *14 days* thereafter.

9       **IT IS SO ORDERED.**

11                                          DATED: _March 10_ _____, 2016.

13                                          _____
                                            UNITED STATES MAGISTRATE JUDGE

- 3 -