Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff, Jovita C. Salvador*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOVITA C. SALVADOR, | Case No.: 2:15-cv-01200-APG-NJK |
| Plaintiff, | **STIPULATION OF DISMISSAL OF DEFENDANT NORDSTROM, FSB** |
| v. | |
| CAPITAL ONE, INC., CAPITAL ONE FINANCE, INC., NORDSTROM, INC., WELLS FARGO HOME MORTGAGE and EQUIFAX CREDIT INFORMATION SERVICES, LLC, | **ORDER** |
| Defendants. | |

# STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Jovita C. Salvador and Defendant Nordstrom, FSB ("Nordstrom") stipulate to dismiss with prejudice Plaintiff's claims against Nordstrom only. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 18th day of March 2016.

Respectfully submitted,

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Burnham Brown**

By: /s/ Lynn V. Rivera
Lynn V. Rivera, Esq.
200 S. Virginia St., 8th Flr
P.O. Box 2860
Reno, NV 89501
*Attorneys for Nordstrom, fsb*

IT IS SO ORDERED:

DATED: March 18, 2016

_____
UNITED STATES DISTRICT JUDGE