Jeffrey Willis, Esq.
Nevada Bar No. 4797
Karl O. Riley, Esq.
Nevada Bar No. 12077
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
Email: jwillis@swlaw.com
       kriley@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A. erroneously named as Wells Fargo Home Mortgage*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOVITA SALVADOR,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CAPITAL ONE, INC., CAPITAL ONE AUTO FINANCE., NORDSTROM, INC., WELLS FARGO HOME MORTGAGE, INC., and EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　Defendants. | CASE NO. 2:15-cv-01200-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Jovita Salvador ("Plaintiff") and Defendant Wells Fargo Bank, N.A., erroneously named as Wells Fargo Home Mortgage ("Wells Fargo," together with Plaintiff, the "Parties"), by and through their respective attorneys, hereby stipulate to extend the time for Wells Fargo to respond to Plaintiff's Amended Complaint filed on March 10, 2016.

WHEREAS, on March 10, 2016, Plaintiff filed her Amended Complaint;

WHEREAS, the Parties agree to extend Wells Fargo's time to respond to Plaintiff's Amended Complaint to consider potential resolution of this matter;

WHEREAS this request is not made for purposes of delay and is supported by good cause;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

1. Wells Fargo will respond to Plaintiff's Amended Complaint on or before April 7, 2016.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 21st day of March, 2016. | DATED this 21st day of March. 2016. |
| KAZEROUNI LAW GROUP, APC | SNELL & WILMER L.L.P. |
| By: /s/ Michael Kind<br>Michael Kind, Esq.<br>Nevada Bar No. 13903<br>7854 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>Tel: (702) 485-3300<br><br>David H. Krieger<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Henderson, NV 89123<br>Tel: (702) 880-5554<br><br>*Attorneys for Plaintiff* | By: /s/ Karl O. Riley<br>Jeffrey Willis, Esq.<br>Nevada Bar No. 4797<br>Karl O. Riley, Esq.<br>Nevada Bar No. 12077<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Tel: (702) 784-5200<br><br>*Attorneys for Defendant Wells Fargo Bank, N.A. erroneously named as Wells Fargo Home Mortgage* |

**ORDER**

**IT IS ORDERED** that Wells Fargo shall respond to Plaintiff's Amended Complaint on or before April 7, 2016.

Dated: March 22, 2016.

_____
UNITED STATES DISTRICT JUDGE

23721022.1