# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOVITA C. SALVADOR, | Case No. 2:15-cv-01200-APG-NJK |
| Plaintiff, | |
| v. | **ORDER DEYING MOTION TO DISMISS AS MOOT** |
| CAPITAL ONE, *et al.*, | (Dkt. #32) |
| Defendants. | |

In light of the amended complaint (Dkt. #52),

IT IS ORDERED that defendant Wells Fargo's motion to dismiss (**Dkt. #32**) directed at the original complaint **is DENIED as moot.**

DATED this 1st day of April, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE