Jeffrey Willis, Esq.
Nevada Bar No. 4797
Karl O. Riley, Esq.
Nevada Bar No. 12077
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
Email: jwillis@swlaw.com
       kriley@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A. erroneously named as Wells Fargo Home Mortgage*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOVITA SALVADOR,<br><br>               Plaintiff,<br><br>vs.<br><br>CAPITAL ONE, INC., CAPITAL ONE AUTO FINANCE., NORDSTROM, INC., WELLS FARGO HOME MORTGAGE, INC., and EQUIFAX INFORMATION SERVICES, LLC,<br><br>               Defendants. | CASE NO. 2:15-cv-01200-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff Jovita Salvador ("Plaintiff") and Defendant Wells Fargo Bank, N.A., erroneously named as Wells Fargo Home Mortgage ("Wells Fargo," together with Plaintiff, the "Parties"), by and through their respective attorneys, hereby stipulate to extend the time for Wells Fargo to respond to Plaintiff's Amended Complaint filed on March 10, 2016.

WHEREAS, on March 10, 2016, Plaintiff filed her Amended Complaint;

WHEREAS, the Parties agree to extend Wells Fargo's time to respond to Plaintiff's Amended Complaint to consider potential resolution of this matter;

WHEREAS this request is not made for purposes of delay and is supported by good cause;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

1. Wells Fargo will respond to Plaintiff's Amended Complaint on or before April 28, 2016.

**IT IS SO STIPULATED.**

DATED this 5th day of April, 2016.   DATED this 5th day of April, 2016

                                            SNELL & WILMER L.L.P.

By: /s/ Michael Kind
    Michael Kind, Esq.
    Nevada Bar No. 13903
    KAZEROUNI LAW GROUP, APC
    7854 W. Sahara Avenue
    Las Vegas, Nevada 89117
    Tel: (702) 485-3300

    David H. Krieger
    Nevada Bar No. 9086
    HAINES & KRIEGER, LLC
    8985 S. Eastern Avenue
    Henderson, NV 89123
    Tel: (702) 880-5554

*Attorneys for Plaintiff*

By: /s/ Karl O. Riley
    Jeffrey Willis, Esq.
    Nevada Bar No. 4797
    Karl O. Riley, Esq.
    Nevada Bar No. 12077
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, Nevada 89169
    Tel: (702) 784-5200

*Attorneys for Defendant Wells Fargo Bank, N.A. erroneously named as Wells Fargo Home Mortgage*

## ORDER

**IT IS ORDERED THAT** Wells Fargo shall respond to Plaintiff's Motion on or before April 28, 2016.

**IT IS SO ORDERED.**

DATED: _____April 6_____, 2016.

_____
UNITED STATES DISTRICT JUDGE

23831978.1