Jeffrey Willis
Nevada Bar No. 4797
Karl O. Riley, Esq.
Nevada Bar No. 12077
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
Email: jwillis@swlaw.com
         kriley@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A., erroneously named as Wells Fargo Home Mortgage, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAYNALDO J. SALVADOR and JOVITA SALVADOR<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE AUTO FINANCE., WELLS FARGO HOME MORTGAGE, INC., and EQUIFAX INFORMATION SERVICES, LLC, CAPITAL ONE, NORDSTROM, INC.,<br><br>Defendants. | CASE NO. 2:15-cv-00862-APG-PAL (Consolidated with CASE NO. 2:15-cv 01200-APG-NJK)<br><br>**STIPULATION AND ORDER TO DISMISS WELLS FARGO BANK, N.A. WITH PREJUDICE** |

Plaintiffs Raynaldo and Jovita Salvador ("Plaintiffs") and Defendant Wells Fargo Bank, N.A., erroneously named as Wells Fargo Home Mortgage, Inc. ("Wells Fargo," together with Plaintiffs, the "Parties"), by and through their attorneys, hereby stipulate to dismiss Wells Fargo, with prejudice, as follows:

///

///

///

1. Defendant Wells Fargo shall be dismissed from this case, with prejudice;

2. Those parties shall bear their own attorneys' fees and costs associated with this action.

**IT IS SO STIPULATED.**

DATED July 12, 2016.                    DATED July 12, 2016.

                                        SNELL & WILMER L.L.P.

By: /s/ Michael Kind                    By: /s/ Karl O. Riley
    Michael Kind, Esq. (NV Bar No. 13903)   Jeffrey Willis (NV Bar No. 4797)
    KAZEROUNI LAW GROUP, APC                Karl O. Riley, Esq. (NV Bar No. 12077)
    7854 W. Sahara Avenue                   3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, Nevada 89117                 Las Vegas, Nevada 89169
                                            Tel: (702) 784-5200
    David H. Krieger (NV Bar No. 9086)      *Attorneys for Defendant Wells Fargo Bank,*
    HAINES & KRIEGER, LLC                   *N.A., erroneously named as Wells Fargo*
    8985 S. Eastern Avenue                  *Home Mortgage, Inc.*
    Henderson, NV 89123
    Tel: (702) 880-5554
    *Attorneys for Plaintiffs*

**ORDER**

**IT IS ORDERED THAT Defendant Wells Fargo Bank, N.A. is dismissed from this action, with prejudice, each party to bear their own fees and costs.**

DATED: __July 12_____, 2016.

                                        _____
                                        UNITED STATES DISTRICT JUDGE